1066

No. 85–5746. MITCHELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5748. WEST v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 85–5752. RICHARDS v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–5753. LIPSMAN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 85–5756. GEISON v. FIRESTONE, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–5757. CARROLL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 85–5763. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5764. SELLNER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 85–5765. HARRISON v. McDADE. Sup. Ct. Ga. Certiorari denied.

No. 85–5766. GREEN v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 85–5767. HOLSEY v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 85–5769. EVANS v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–5775. FELDER v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 85–5777. PARKER v. FAIRMAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–5778. ROSS v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.